IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

BRETT SURVEYOR
ADC #102246                                                                                          PLAINTIFF

V.                                          4:03CV00767 GTE/HDY

JAMES MALLARD, *et al.*                                                                 DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1) Plaintiff's claims against Defendants Norris, Hobbs, Harris, Williams, Evans, Tillman, Walls, Crumpton, Evans, Greenway, Barnes, and Harmon, are DISMISSED for failure to state a claim, and they are dismissed as party Defendants;

2) Plaintiff will be allowed to proceed to a jury trial on his remaining claims against Defendant Mallard, with counsel to be appointed by separate order.

DATED this 28th day of December, 2007.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE