## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

BRETT SURVEYOR
ADC #102246                                                                                         PLAINTIFF

V.                                         4:03CV00767 GTE/HDY

MALLARD                                                                                           DEFENDANTS

## ORDER

Plaintiff has filed a Motion for Voluntary Dismissal (docket entry #180), in which he requests that this case be dismissed with prejudice. For good cause shown, the Court concludes that the Motion should be GRANTED and any other pending motions be DENIED AS MOOT.

IT IS THEREFORE ORDERED that this action be, and it is hereby, DISMISSED WITH PREJUDICE.

DATED this __9th__ day of September, 2008.


                                        _/s/Garnett Thomas Eisele_____
                                        UNITED STATES DISTRICT JUDGE