## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

BRETT SURVEYOR
ADC #102246                                                                                           PLAINTIFF

V.                                    4:03CV00767 GTE/HDY

MALLARD                                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this   9th   day of September, 2008.

                                                           _/s/Garnett Thomas Eisele_____
                                                           UNITED STATES DISTRICT JUDGE